## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **PRIMESOURCE BUILDING PRODUCTS, INC.,** ) ) ) | |
| **Plaintiff,** ) | |
| **v.** ) | **Court No. 20- 03911** |
| **UNITED STATES,** ) ) | |
| **Defendant.** ) ) | |

### CONSENT MOTION TO INTERVENE AS OF RIGHT

Pursuant to Rules 24 (a) and (b) of the Rules of this Court, Mid Continent Steel & Wire, Inc. ("Mid Continent"), hereby moves to intervene as of right as a Defendant-Intervenor.  All parties to the case have consented to this motion.  Specifically, on January 12, 2021, counsel for Plaintiff, Bryan P. Cenko, Esq. of Mowry & Grimson, PLLC, consented to this motion.  On January 12, 2021, counsel for Defendant, Sosun Bae, Esq. of the U.S. Department of Justice, consented to this motion.

### BACKGROUND

Plaintiff brought this action pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i)(I) and 19 U.S.C. § 1516a(a)(2)(B)(iii), seeking review of a final results of the fourth annual administrative review issued by the U.S. Department of Commerce in the *Certain Steel Nails from Taiwan* antidumping duty proceeding.  *Certain Steel Nails From Taiwan: Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2018-2019,* 85 Fed. Reg. 76,014 (Nov. 27, 2020).  Plaintiff timely filed its Summons and Complaint in this action on December 17, 2020.  This motion is therefore timely pursuant to Rule 24(a)(3).

1

**STANDING**

Mid Continent is a U.S. producer of steel nails and was the Petitioner in the underlying proceedings. Mid Continent therefore is an "interested party" within the meaning of 19 U.S.C. §§ 1677(9)(C) and 1516a(f)(3). Furthermore, Mid Continent actively participated in the review proceeding before Commerce. Mid Continent, therefore, has standing to intervene as of right pursuant to 28 U.S.C. § 2631(j)(1)(B).

For the reasons above, Mid Continent respectfully requests that this consent motion be granted.

Respectfully submitted,

*/s/ Adam H. Gordon*
Adam H. Gordon
Jennifer M. Smith
Ping Gong
Lauren Fraid

*Counsel to Mid Continent Steel & Wire, Inc.*

January 12, 2021