UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| PRIMESOURCE BUILDING PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | Court No. 20- 03911 |

**ORDER**

Upon consideration of the Consent Motion to Intervene as of Right as Defendant-Intervenor filed by proposed Defendant-Intervenor Mid Continent Steel & Wire, Inc. ("Mid Continent") in the above-captioned action, it is hereby:

**ORDERED** that the Consent Motion is **GRANTED**; and it is further

**ORDERED** that Mid Continent may participate in the above-captioned action as a Defendant-Intervenor.

_____
Judge

Dated: January \_\_\_, 2021
       New York, New York

1