UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE MARK A. BARNETT, JUDGE

| | |
|---|---|
| PRIMESOURCE BUILDING PRODUCTS, INC., <br><br>Plaintiff, and <br><br> CHENG CH INTERNATIONAL CO., LTD., CHINA STAPLE ENTERPRISE CORPORATION, DE FASTENERS INC., HOYI PLUS CO., LTD., LIANG CHYUAN INDUSTRIAL CO., LTD., TRIM INTERNATIONAL INC., UJL INDUSTRIES CO., LTD., YU CHI HARDWARE CO., LTD., and ZON MON CO., LTD., <br><br> Consolidated Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, and <br><br> MID-CONTINENT STEEL & WIRE INC., <br><br> Defendant-Intervenor. | Consol. Court No. 20-03911 |

## NOTICE OF APPEAL

Notice is hereby given that Consolidated Plaintiffs Cheng Ch International Co., Ltd., China Staple Enterprise Corporation, De Fasteners Inc., Hoyi Plus Co., Ltd., Liang Chyuan Industrial Co., Ltd., Trim International Inc., UJL Industries Co., Ltd., Yu Chi Hardware Co., Ltd., and Zon Mon Co., Ltd. (collectively, "Consolidated Plaintiffs") in the above-named case hereby appeal to the United States Court of Appeals for the Federal Circuit from Slip Op. 22-73 and the judgment entered in this action on June 16, 2022.

1

        Respectfully submitted,

        <u>/s/ Kelly A. Slater</u>
        Kelly A. Slater, Esq.
        Edmund W. Sim, Esq.
        Jay Y. Nee, Esq.
        Appleton Luff Pte Ltd
        1025 Connecticut Avenue, NW
        Suite 1000
        Washington, DC 20036
        (301) 649-2149
        slater@appletonluff.com

        Counsel to Consolidated Plaintiffs

Dated:  August 12, 2022