UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE THE HONORABLE MARK A. BARNETT, CHIEF JUDGE

| | |
|---|---|
| PRIMESOURCE BUILDING PRODUCTS, INC., | ) |
| Plaintiff and | ) |
| CHENG CH INTERNATIONAL CO., LTD., CHINA STAPLE ENTERPRISE CORPORATION, DE FASTENERS INC., HOYI PLUS CO., LTD., LIANG CHYUAN INDUSTRIAL CO., LTD., TRIM INTERNATIONAL INC., UJL INDUSTRIES CO., LTD., YU CHI HARDWARE CO., LTD., AND ZON MON CO., LTD., | ) Consol. Court No. 20-03911 |
| Consolidated Plaintiffs, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant, and | ) |
| MID CONTINENT STEEL & WIRE INC., | ) |
| Defendant-Intervenor. | ) |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff PrimeSource Building Products, Inc. in the above-named case hereby appeals to the United States Court of Appeals for the Federal Circuit from the slip opinion and final judgment entered in this action on June 16, 2022. See PrimeSource Building Products, Inc., et al. v. United States, Consol. Ct. No. 20-03911, Slip Op. 22-73 (June 16, 2022), ECF Nos. 39-40.

|  | Respectfully submitted, |
|---|---|
| <u>August 12, 2022</u><br>Date | <u>/s/ Jeffrey S. Grimson</u><br>Jeffrey S. Grimson<br>MOWRY & GRIMSON, PLLC<br>5335 Wisconsin Avenue, NW, Suite 810<br>Washington, DC 20015<br>Phone Number: (202) 688-3610<br>Email: trade@mowrygrimson.com<br>*Counsel to PrimeSource Buidling Products, Inc.* |